FILED 19 SEP '23 11:10 USDC-ORE

Suzanne Shell - Pro Se
dsshell@gmail.com
9774 Ripley Route Y
Doniphan, MO 63935
(719)749-1303

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SUZANNE SHELL    Plaintiff, | Case No.: 6:15-mc-425 |
| v. | NOTICE OF CHANGE OF ADDRESS |
| LEONARD HENDERSON    Defendant. | |

Plaintiff advises the court of the following address change:

**Suzanne Shell**
**9774 Ripley Route Y**
**Doniphan, MO 63935**

Dated: Sep 13, 2023

*[signature]*
Suzanne Shell, Pro se

Notice of change of address                    1

Certificate of service

I certify that I served a true and correct copy of the attached NOTICE OF CHANGE OF ADDRESS to the defendant, Leonard Henderson (deceased) by mail at 4773 Salmon River Hwy, Otis, OR 97368 on Sept 13, 2023.

*(signed)*
Suzanne Shell, Plaintiff
13 Sep 2023